UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MANISH KHADKA

    Petitioner,

v.                                                              No. 6:26-CV-160-H

PHILLIP VALDEZ, et al.,

    Respondents.

## ORDER OF DISMISSAL

Before the Court is the petitioner's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which dismisses the petition without prejudice. Dkt. No. 5. Because the respondents have not filed an answer or motion for summary judgment, the Court instructs the Clerk of Court to dismiss this action without prejudice under Rule 41(a)(1)(A)(i). The parties shall each bear their own costs and attorneys' fees.

Counsel's application for admission pro hac vice (Dkt. No. 2) and the motion to transfer (Dkt. No. 4) are denied as moot.

So ordered on June _____, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE